**ORIGINAL**

**FILED**

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0033

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0033

—————————————

SHARON McCREA,

      Plaintiff and Appellant,

v.

CONNIE SUE LARSON, ESTATE OF
MARTINNE E. CHEW, CHICAGO TITLE
INSURANCE COMPANY, LOANCARE
ACCOUNT SERVICING and Any Other
Party, i.e. JOHN DOE,

      Defendants and Appellees.

—————————————

**FILED**

MAY 0 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Sharon McCrea's motion for extension to of time to file her opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until July 3, 2023, to file her opening brief.

DATED this ⁤ day of May, 2023.

      For the Court,

                       _____
                                Chief Justice